**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6070**

---

LARRY JENNINGS JORDAN,

Plaintiff - Appellant,

versus

T. NELSON THOMAS, Lieutenant; H. F. CASSELL,
Sheriff; PATSY SCEARCE,

Defendants - Appellees,

and

PATSY JARRETT, Medical Department; HENRY
COUNTY JAIL,

Defendants.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-94-977-R)

---

Submitted:  April 15, 1996          Decided:  May 2, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry Jennings Jordan, Appellant Pro Se.  William Carrington
Thompson, Chatham, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's final judgment denying relief on his 42 U.S.C. § 1983 (1988) complaint.[*] We have reviewed the record and the final judgment and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Jordan v. Thomas</u>, No. CA-94-977-R (W.D. Va. Dec. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] All parties have consented to the exercise of jurisdiction by a magistrate judge with appeal  to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C.A. § 636(c) (West 1993).

3